CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Figueroa**; DOB: 2001; United States<br>**Kassandra Abril**; DOB: 1993; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06461MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 2, 2026, in the District of Arizona, **Jesus Figueroa** and **Kassandra Abril**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Oscar Jose Roberto Cardona-Tobar and Luis Angel Marcelo-Tejeda, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 2, 2026, in the District of Arizona (Sonoita), Border Patrol Agents (BPAs) were observing eastbound vehicle traffic on State Route (SR) 82 near mile marker 22. Smuggling organizations often use SR 82 after picking up illegal aliens near Nogales, Arizona to circumvent the immigration checkpoint located on Interstate 19. At approximately 4:14 p.m., BPAs observed a red Chevrolet Trailblazer travelling east on SR 82. As the vehicle passed BPAs, they noticed that the driver and front passenger appeared surprised and scared. The rear passengers appeared to sink down in their seats to conceal themselves from view. BPAs began following the Trailblazer and observed that the driver and passenger continually looked back at the rear passengers and appeared to be giving them instructions. The driver repeatedly adjusted his rearview mirror and appeared focused on the BPAs presence. The rear passengers remained rigid and occasionally looked back at the BPAs with scared facial expressions. While following the Trailblazer, BPAs observed that the vehicle was unable to maintain a consistent speed and it drifted within the lane. Record checks on the Trailblazer returned to a rental company, which is a common tactic observed in smuggling events. At approximately 4:19 p.m., BPAs initiated a vehicle stop near mile marker 24.5 but the Trailblazer failed to yield. BPAs pursued the Trailblazer while other BPAs in the area placed a Vehicle Immobilization Device (VID) ahead of the vehicle near mile marker 28. The Trailblazer struck the VID and came to a stop near mile marker 31 on SR 82. After stopping, all the occupants in the Trailblazer exited the vehicle and fled on foot. BPAs pursued and apprehended the driver, identified as **Jesus Figueroa**, and the front passenger, identified as **Kassandra Abril**. Other BPAs in the area were able to apprehend the other individuals that fled from the Trailblazer, including Oscar Jose Roberto Cardona-Tobar and Luis Angel Marcelo-Tejeda. An immigration inspection was performed on Oscar Jose Roberto Cardona-Tobar and Luis Angel Marcelo-Tejeda, and BPAs determined them to be citizens of Guatemala and Mexico illegally present in the United States. Record checks revealed that Oscar Jose Roberto Cardona-Tobar and Luis Angel Marcelo-Tejeda do not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Oscar Jose Roberto Cardona-Tobar and Luis Angel Marcelo-Tejeda

| | |
|---|---|
| Detention Requested | SIGNATURE OF COMPLAINANT |
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

**Sworn by telephone** x

| | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 6, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

**Figueroa** and **Abril** were determined to be United States citizens. While transporting **Figueroa** back to the station for processing, he became unconscious. BPAs performed CPR on **Figueroa** and requested EMS assistance. EMS arrived and transported **Figueroa** to the hospital for further treatment.

Material witness Oscar Jose Roberto Cardona-Tobar stated that he is a citizen of Guatemala and that his father-in-law paid an unknown amount of money for him to be smuggled into the United States. He crossed the border east of Nogales and walked for six hours before waiting in the desert for approximately eight hours. Cardona-Tobar was in the vehicle that picked him up for about an hour before Border Patrol stopped the vehicle. He was able to identify the vehicle that he was travelling in. Cardona-Tobar was also able to identify the passenger of the vehicle.

Material witness Luis Angel Marcelo-Tejeda stated that he is a citizen of Mexico and that he was going to pay a total of $13,000 to be smuggled into the United States. He crossed the border east of Nogales and walked for three hours before being picked up by a gray or black vehicle and taken to an abandoned house. He stayed at the abandoned house for approximately nine hours before being taken to another house where he waited for approximately two and a half hours. Marcelo-Tejeda was able to identify the vehicle that he was in prior to his arrest. He stated that the driver of the vehicle was male and the passenger was female. When a shown a photo lineup, Marcelo-Tejeda marked a photo of **Jesus Figueroa** and stated that he looked like the driver of the vehicle. Marcelo-Tejeda was able to identify **Kassandra Abril** as the passenger of the vehicle.

After waving her *Miranda* rights, **Kassandra Abril** stated that she picked up her boyfriend, identified as **Jesus Figueroa**, in a vehicle that was rented by her cousin. She was going to drop off **Figueroa** at a side job in Rio Rico before they stopped at a Pilot gas station and switched drivers. **Figueroa** drove down the Frontage Road and stopped at a concrete or stucco house that had cars and a white truck parked outside. **Abril** did not know what was going on until she saw Border Patrol turn on their lights behind them. She asked **Figueroa** to stop, and she pulled the steering wheel so that they would hit the VID. When the vehicle stopped, **Figueroa** pushed her out of the car. **Abril** only ran a few feet before she stopped because she did not want any part of what her boyfriend was involved with. **Abril** stated that she and her boyfriend used cocaine and Xanax prior to the smuggling event. **Abril** consented to a search of her phone and BPAs discovered evidence that indicated that she was aware that she was travelling to Nogales, Arizona to pick up illegal aliens. BPAs also discovered evidence of a prior smuggling event in a conversation **Abril** had with a smuggling coordinator.